45D05-1907-CT-000742

Lake Superior Court, Civil Division 5

Filed: 7/15/2019 1:24 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF LAKE ) | | |

KATHLEEN LENNERTZ )
)
*Plaintiff* )
)
-vs- ) CAUSE NO.
)
OFFICE DEPOT, INC. )
)
*Defendant* )

## COMPLAINT

Comes now Plaintiff Kathleen Lennertz, by Counsel, and for cause of action against the Defendant Office Depot, Inc. alleges and says:

1.) On or about July 27, 2018, Plaintiff was a business invitee of Defendant in Merrillville, Lake County, Indiana.

2.) At the same time and place, an automatic door located and maintained on the premises by Defendant operated in such a fashion so as to strike Plaintiff.

3.) As a consequence Plaintiff was injured, incurred medical expenses, suffered pain and suffering, and other damages.

4.) The injuries and damages suffered by Plaintiff were the result of Defendant's breach of duty owing to Plaintiff as a business invitee, and/or the negligence of Defendant's agents, representatives, and/or employees.

5.) Plaintiff is entitled to an award of damages against Defendant.

WHEREFORE, Plaintiff Kathleen Lennertz prays for judgment against Defendant Office Depot, Inc. in an amount that is just and proper.

/s/ Gerald M. Bishop
GERALD M. BISHOP, ESQ.
Indiana Attorney Number: 2753-45
Gerald M. Bishop & Associates
2115 West Lincoln Highway
Merrillville, IN 46410
Phone: (219) 738-2400
Fax: (219) 738-2500
Email: gmb@bishop-law.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff, by Counsel, demands trial by jury on all issues so triable.

/s/ Gerald M. Bishop
GERALD M. BISHOP, ESQ.
Indiana Attorney Number: 2753-45
Gerald M. Bishop & Associates
2115 West Lincoln Highway
Merrillville, IN 46410
Phone: (219) 738-2400
Fax: (219) 738-2500
Email: gmb@bishop-law.com
*Attorney for Plaintiff*